**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KENNETH KUKOWSKI,**

    **Plaintiff,**

**vs.**                                                    **Case No.  6:15-cv-1166-ORL-40TBS**

**C & F FINANCE COMPANY,**

    **Defendant.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, KENNETH KUKOWSKI, and Defendant, C & F FINANCE COMPANY, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Tav Gomez, Esq.* | */s/ William J. Denius, Esq.* |
| Tav Gomez, Esquire | William J. Denius, Esquire |
| Florida Bar #:  0338620 | Florida Bar No. 0093637 |
| Morgan & Morgan P.A. | Killgore, Pearlman, Stamp, |
| 201 North Franklin, 7th Floor |   Ornstein & Squires, P.A. |
| Tampa, Florida 33602 | 2 South Orange Avenue, 5th Floor |
| Telephone:  (813) 225-6745 | Orlando, Florida 32801 |
| TGomez@ForThePeople.com | Telephone: (407) 425-1020 |
| KGlascock@ForThePeople.com | Facsimile: (407) 839-3635 |
| Attorneys for Plaintiff | wjdenius@kpsos.com |
| | Counsel for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been furnished via CM/ECF to Octavio Gomez, Esquire at TGomez@ForThePeople.com , Morgan & Morgan, P.A., 201 N. Franklin Street, 7th Floor, Tampa, Florida 33601; on this 6th day of January 2016.

> KILLGORE, PEARLMAN, STAMP,
>   ORNSTEIN & SQUIRES, P.A.
> 2 South Orange Avenue, 5th Floor
> Orlando, Florida 32801
> Telephone:  (407) 425-1020
> Facsimile:  (407) 839-3635
>
>  _/s/ William J. Denius_____
> William J. Denius
> Florida Bar No. 0093637
> Counsel for Defendant
> wjdenius@kpsos.com